James E. Cecchi
Caroline F. Bartlett
Jordan M. Steele
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

[Additional Attorneys on Signature Page]

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY ROBINSON, THOMAS STEFANOPOULOS, and FRANCY DIAZ PEREZ, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>MERCEDES-BENZ USA, LLC, MERCEDES-BENZ AKTIENGESELLSCHAFT, and MERCEDES-BENZ GROUP AKTIENGESELLSCHAFT,<br><br>    Defendants. | Case No.: 1:22-cv-2900 (CPO) (SAK)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntary dismiss without prejudice the above-titled action against Defendants. Because this dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgement, Plaintiffs' dismissal of the Action is effective upon the filing of this notice and is without prejudice.

| | |
|---|---|
| DATED: June 9, 2022 | Respectfully submitted, |
| | */s/ James E. Cecchi* |
| Christopher A. Seeger | James E. Cecchi |
| Christopher L. Ayers | Caroline F. Bartlett |
| **SEEGER WEISS LLP** | Jordan M. Steele |
| 55 Challenger Road, 6th Floor | **CARELLA, BYRNE, CECCHI,** |
| Ridgefield Park, NJ 07660 | **OLSTEIN, BRODY & AGNELLO, P.C.** |
| Telephone: (973) 639-9100 | 5 Becker Farm Road |
| Facsimile: (973) 679-8656 | Roseland, New Jersey 07068 |
| cseeger@seegerweiss.com | Telephone: (973) 994-1700 |
| cayers@seegerweiss.com | Facsimile: (973) 994-1744 |
| | jcecchi@carellabyrne.com |
| | cbartlett@carellabyrne.com |
| | jsteele@carellabyrne.com |